**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01343-CV

### MATT MALOUF, Appellant

### V.

### STERQUELL PSF SETTLEMENT, L.C., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02371**

## ORDER

At the request of court reporter Vielica Dobbins, we extended the deadline for filing the reporter's record in this appeal to June 18, 2018. In our order extending the deadline, we cautioned that further extension requests would be disfavored as the reporter's record was first due February 26, 2018. To date, Ms. Dobbins has not filed the record or otherwise communicated with the Court.

This appeal cannot proceed without the reporter's record. Accordingly, we **ORDER** Ms. Dobbins to file the record **no later than July 16, 2018.** *We caution Ms. Dobbins that failure to comply may result in an order she not sit as a court reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/ DAVID EVANS
   JUSTICE